BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-10-437 WBS |
| ) | |
| Plaintiff, ) | ORDER DISMISSING INDICTMENT |
| ) | AS TO DEFENDANT JAMES MURPHY |
| v.  ) | |
| ) | |
| JAMES MURPHY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

Counts One, Twelve and Twenty-Six of the Indictment in Case No. CR-S-10-437 WBS as to defendant James MURPHY are hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a).

DATED:  December 23, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1